FILED
CLERK, U.S. DISTRICT COURT

JUN 1 0 2021

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | 21-407 |
| v. | |
| ALAN HOSTETTER | DESIGNATION AND APPEARANCE OF COUNSEL |
| DEFENDANT(S). | |

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint **BILAL ESSAYLI**, Esquire, as my attorney to appear for me throughout all proceedings in this case.

6/10/2021
Date

_[Defendant's Signature]_
Defendant's Signature

SANTA ANA, CA
City and State

## APPEARANCE OF COUNSEL

I, **BILAL ESSAYLI** Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

6/10/2021
Date

_[Attorney's Signature]_
Attorney's Signature

273441
California State Bar Number

18191 VON KARMAN AVE, SUITE 100
Street Address

IRVINE, CA 92612
City, State, Zip Code

949-508-2982
Telephone Number

949-508-2983
Fax Number

bessayli@essaylibrown.com
E-mail Address

CR-14 (01/07)                    DESIGNATION AND APPEARANCE OF COUNSEL